UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALBERTA VALEK

        CASE NO.: 8:07-cv-02362-SDM-MSS

Plaintiff,

v.

IMPERIAL BRANDS, INC., d/b/a
FLORIDA DISTILLERS, a foreign corporation;
TODHUNTER INTERNATIONAL, INC., d/b/a
FLORIDA DISTILLERS, a Florida corporation,

Defendants.
_____/

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

The Parties, ALBERTA VALEK, IMPERIAL BRANDS, INC. d/b/a FLORIDA DISTILLERS, and TODHUNTER INTERNATIONAL, INC. d/b/a FLORIDA DISTILLERS, by and through their respective counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby move for approval of the Settlement Agreement entered in the above-referenced cause. In support of their Motion, the parties incorporate the following memorandum of law.

## INTRODUCTION

Plaintiff brought this action seeking recovery of overtime compensation

Case 8:07-cv-02362-SDM-MSS   Document 25   Filed 07/21/08   Page 2 of 4 PageID 114

Valek v. Imperial Brands, Inc., et al.
Case No.: 8:07-cv-02362-SDM-MSS
Joint Motion to Approve Settlement Agreement
Page 2 of 5

pursuant to the Fair Labor Standards Act (FLSA). At mediation on June 3, 2008, the Parties were able to resolve their differences and have since entered into a Settlement Agreement. A copy of the executed Settlement Agreement is attached hereto as Exhibit A.

## LEGAL ARGUMENT

Lawsuits brought pursuant to the FLSA may be compromised only upon the approval of the settlement by the Court. *Lynn's Food Stores v. U.S. Dept of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). If the Court finds that the settlement reflects a reasonable compromise over issues that are actually in dispute, the Court may approve the settlement "to promote the policy of encouraging settlement of litigation." *Id.* at 1354. The Parties stipulate herein that Plaintiff has elected to dismiss her claim for overtime compensation in exchange for a cash settlement in the amount of $11,000, inclusive of her reasonable attorneys' fees and costs, and other non-monetary consideration as set forth in the Settlement Agreement, a copy of which is attached hereto at **Exhibit A**. Defendants agreed to settle the claim solely to purchase peace and avoid costly litigation of Plaintiff's claims, and by agreeing to settle Plaintiff's claim, does not admit any liability thereto.

## CONCLUSION

The Parties assert that the settlement they reached is a fair and reasonable

Case 8:07-cv-02362-SDM-MSS   Document 25   Filed 07/21/08   Page 3 of 4 PageID 115

Valek v Imperial Brands, Inc., et al.
Case No.: 8:07-cv-02362-SDM-MSS
Joint Motion to Approve Settlement Agreement
Page 3 of 5

compromise of Plaintiff's claim. Accordingly, the Parties request that this Court approve the Settlement Agreement.

Respectfully submitted this 21st day of July, 2008,

/s/ Laura L. Mall
Laura L. Mall, Esq.
Florida Bar No.: 0160120
E-mail: lmall@cdhanley.com
Christine D. Hanley, Esq.
Florida Bar No.: 969737
E-mail: chanley@cdhanley.com
CHRISTINE D. HANLEY &
ASSOCIATES, P.A.
1000 Southern Blvd., Second Floor
West Palm Beach, Florida 33405
Telephone: 561/ 659-5646
Facsimile: 561/ 659-1260
Attorneys for Defendant,
Imperial Brands, Inc.

/s/ Anthony Reeves
Anthony Reeves, Esq.
Florida Bar No.: 0514144
E-mail: Anthony@reevesfirm.com
Reeves Law Firm
310 East Main Street
Bartow, Florida 33830
Telephone: (863) 533-0000
Facsimile: (863) 533-9235
Attorney for Plaintiff

/s/ Sanga Turnbull
Sanga Turnbull, Esq.
Florida Bar No. 0585327
E-mail: sturnbull@htlawgroup.com
Hardaway Turnbull Law Firm
310 East Main Street
Bartow, Florida 33830
Telephone: (863) 533-0000
Facsimile: (863) 533-9235
Attorneys for Plaintiff

/s/ John Phillips
John Phillips, Esq.
Florida Bar No. 823155
E-mail: phillipj@phelps.com
Phelps Dunbar, LLC
100 South Ashley Drive
Suite 1900
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
Attorneys for Defendant,
Todhunter International, Inc.

Valek v. Imperial Brands, Inc., et al
Case No.: 8:07-cv-02362-SDM-MSS
Joint Motion to Approve Settlement Agreement
Page 4 of 5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to: Anthony Reeves, Esq., Reeves Law Firm, 310 East Main Street, Bartow, Florida 33830, Sanga Turnbull, Esq., Hardaway Turnbull Law Firm, 310 East Main Street, Bartow, Florida 33830 and to John Phillips, Esq., Phelps Dunbar, LLC, 100 South Ashley Drive, Suite 1900, Tampa, Florida 33602-5311.

/s/ Laura Mall
Laura L. Mall, Esq.
Florida Bar No.: 0160120